Certificate Number: 02114-NJ-CC-009948793

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 02/15/10, at 11:49 o'clock PM EST, MARK A MORALES received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the DISTRICT OF NEW JERSEY, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan was not prepared.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted  by Internet .

Date: 02-17-2010                              By       /s/MATTHEW MAZZAFERRO

                                              Name    MATTHEW MAZZAFERRO

                                              Title    Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).